UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **J.P. CAREY LIMITED PARTNERS L.P. TRILLIUM PARTNERS, L.P. and FRONDEUR PARTNERS, LLC**<br><br>    **Plaintiffs**<br><br>**v.**<br><br>**DAVID MICHAEL REES, DAVID ROBERT FAIR, and MELISSA HANDLEY**<br><br>    **Defendants.** | No: 1:25-cv-00214-KK-SCY |

**NOTICE OF GOOD STANDING OF ASSOCIATING ATTORNEY**

Sutin, Thayer & Browne APC (Christina M. Gooch), counsel for Plaintiff J.P. Carey Limited Partners L.P. ("J.P. Carey") and Trillium Partners, L.P. ("Trillium"), hereby gives notice to the Court that pursuant to D.N.M.LR-Civ 83.3, attorney Jon Uretsky of the law firm PULLP is in good standing as a member of the New York State Bars and is associating with local counsel of Sutin, Thayer & Browne, APC.

Respectfully submitted,

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _____
    Christina Muscarella Gooch
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-2500
Facsimile: (505) 888-6565
Email: tmg@sutinfirm.com

- 2 -

Jon Uretsky (*pro hac vice* forthcoming)
**PULLP**
111 Broadway, 8th Floor
New York, NY 10006
T: 212-571-1164
uretsky@pullp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I CERTIFY that on March 13, 2025, the foregoing pleading was electronically filed and served through the CM/ECF System on all counsel of record.

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _____
Christina Muscarella Gooch